IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY NORMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST REGENTS BANCSERVICES, LLC, and John Doe 1, 2, 3 unknown,<br><br>Defendants. | NO. 3:11-00676<br>JUDGE HAYNES |

## O R D E R

Based upon the parties' joint stipulation of dismissal of all claims with prejudice (Docket Entry No. 18), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 24th day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge