UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KATHY NORMAN, individually, and on behalf of all others similarly situated )<br>)<br>)<br>v. )<br>)<br>)<br>FIRST REGENTS BANCSERVICES, LLC, )<br>and John Doe 1, 2, 3 unknown ) | NO. 3:11cv0676<br>JUDGE HAYNES |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/24/2012.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk